Official Form 16D
(12/04)

# Form 16D. CAPTION FOR USE IN ADVERSARY PROCEEDING

# United States Bankruptcy Court

Northern District Of Georgia

In re  Frank J. Mullin ,
       *Debtor*

American Honda Finance Corporation ,
       *Plaintiff*

Frank J. Mullin ,
       *Defendant*

Case No. 10-77577-crm

Chapter 7

Adv. Proc. No. _____

**COMPLAINT** [*or* other Designation]

[If in a Notice of Appeal (see Form 17) or other notice filed and served by a debtor, this caption must be altered to include the debtor's address and Employer's Tax Identification Number(s) or last four digits of Social Security Number(s) as in Form 16A.]

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| FRANK J. MULLIN, | ) | Bankruptcy No. 10-7757-crm |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | | |
| AMERICAN HONDA FINANCE CORPORATION | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) | Adv. Proc. No. |
| | ) | |
| FRANK J. MULLIN, | ) ) | |
| Defendant. | ) | |

**COMPLAINT**

Plaintiff, American Honda Finance Corporation, ("Honda"), hereby states and alleges as follows:

**I.**

Honda is a foreign corporation authorized to do business in the State of Georgia. Defendant, Frank J. Mullin ("Mr. Mullin"), is a debtor in this Chapter 7 case. This court has jurisdiction over this adversary proceeding pursuant to 11 U.S.C Section 523(a)(6), 28 U.S.C. Section 157 and 28 U.S.C. Section 1334. This is a core proceeding.

**II.**

On or about March 30, 2004, Mr. Mullin entered into a lease agreement with Hennessy Honda of Woodstock, for possession of a 2004 Honda Accord (the "Vehicle"), Vin# 1HGCM66814A058038. *See* **Exhibit A**. Honda Financial Services administered the lease, retaining ownership, as noted on a Georgia Certificate of Title. *See* **Exhibit B**. The terms of the

1

lease agreement provided that Mr. Mullin pay $519.19 at the first of every month for thirty-five (35) months until the account was paid in full. The total amount due under the lease was $18,732.84. The lease agreement contained a purchase option under which Mr. Mullin was entitled to purchase the Vehicle.

### III.

On or about May 4, 2007, Mr. Mullin sold the Vehicle to Matthew Vance for $17,600.00. *See* **Exhibit C**. On or about May 14, 2007, Mr. Mullin tendered a check in the amount of $18,277.28 to Honda for purchase of the Vehicle. *See* **Exhibit D**. Honda released the title to Mr. Mullin. Immediately thereafter, Mr. Mullin transferred the title to his name. On May 31, 2007, Mr. Mullin's check to Honda bounced. On June 15, 2007, Mr. Mullins paid Honda $10,000. Mr. Mullins still owes Honda $8,172.93.

### IV.

On June 16, 2010, Mr. Mullin filed for Chapter 7 bankruptcy. Mr. Mullin listed Honda's claim as "Balance after lease expired." This, however, is incorrect. Under Mr. Mullin's bankruptcy schedules, there is no reference to the bounced check, the sale of the Vehicle, or the proceeds of the sale. Mr. Mullin has been the Sales Manager at an automobile dealership, and therefore, had the requisite knowledge to show specific intent under 11 U.S.C. Section 523(a)(6).

WHEREFORE, Honda requests that the Court enter judgment in its favor and against Mr. Mullin as follows:

1. For a finding that the above-referenced debt from Defendant to Plaintiff is excepted from discharge and non dischargeable pursuant to 11 U.S.C. Section 523(a)(6).

2. For attorney's fees and costs and such other and further relief as the Court deems just and proper.

DATED this 17th day of September, 2010.

Respectfully submitted,

By: /s/Jennifer Himes
Jennifer Himes (GA State Bar No. 143018)
Hale, Dewey & Knight, PLLC
88 Union Avenue, Suite 700
Memphis, TN 38103
(901) 271-0712

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of September, 2010, a copy of the foregoing electronically filed complaint was served on the parties listed below by first-class mail, postage-prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said patry.

R. Jeffrey Field, Esq.
342 No. Clarendon Avenue
Scottdale, GA 30079

Frank J. Mullin
1944 Longmont Dr.
Lawrenceville, GA 30044

/s/Jennifer Himes
Jennifer Himes