IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| FRANK J. MULLIN, | ) ) ) | Bankruptcy No. 10-7757-crm |
| | ) | Chapter 7 |
| Debtor. | ) | |
| AMERICAN HONDA FINANCE CORPORATION | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) | Adv. Proc. No. |
| FRANK J. MULLIN, | ) ) ) | |
| Defendant. | ) | |

## CONSENT JUDGMENT

Plaintiff, American Honda Finance Corporation ("Honda"), and Defendant, Frank J. Mullin ("Mr. Mullin"), have agreed to the terms below whereby the Complaint is resolved.

**IT IS THEREFORE ORDERED:**

1. Honda is granted a Judgment in the amount of $8,922.93, consisting of the $8,172.93 debt to Honda, plus $500.00 in attorney's fees and $250.00 in court costs. Interest shall accrue on the $8,922.93 at the rate of 5% per annum beginning October 1, 2010 until the balance is paid in full. The Judgment is non-dischargeable under 11 U.S.C. Section 523(a)(6).

2. Beginning on October 1, 2010 and on the 1st day of every subsequent month until the $8,922.93 is paid in full, Mr. Mullin shall make the following payments to Honda:

    $150 per month for months 1-18 (October 1, 2010 - March 1, 2012)
    $225 per month for months 18-30 (April 1, 2012 - March 1, 2013)
    $200 per month thereafter until paid in full (April 1, 2013 forward)

1

3. Honda may record this Judgment, but shall take no further action to collect this Judgment, so long as Mr. Mullin remains current in the payments set forth in Paragraph 2 above.

4. If Mr. Mullin defaults on any payments set forth in Paragraph 2 by failing to make the payment within 10 days after the due date, then Honda may collect the outstanding balance owed as of that date, without further demand or notice. In the event of such default, Honda shall be entitled to attorney's fees and cost incurred by Honda following default in collecting the outstanding balance.

/s/Frank J. Mullin
Frank J. Mullin


/s/R. Jeffrey Field
R. Jeffrey Field (GA. State Bar No. 259670)
342 No. Clarendon Ave
Scottdale, GA 30079
(904) 499-2700
Attorney for Frank J. Mullin


/s/Jennifer Himes
Jennifer Himes (GA State Bar No. 143018)
Hale, Dewey & Knight, PLLC
88 Union Avenue, Suite 700
Memphis, TN 38103
(901) 271-0712


_____
Honorable (Judge)
United States Bankruptcy Judge

2